IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

ROBERT NELL,                                              CV-22-89-BU-BMM

Plaintiff,

                                                          **ORDER**
vs.

NORTH LIBERTY
TRANSPORTATION, et al.,

Defendants.


    Upon the Stipulation of Dismissal and with good cause shown, (Doc. 10) IT

IS HEREBY ORDERED that this case is DISMISSED with each party to bear

their own costs and fees.

    DATED this 6th day of February, 2023.


Brian Morris, Chief District Judge
United States District Court